# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIM. NO. 5:22-CR-4 (MTT) |
| vs. : | |
| ERIC TUININGA, : | |
| Defendant : | |

## ORDER SEALING PLEA AGREEMENT

A plea agreement and guilty plea having been entered on February 2, 2022, in the above referenced matter which involves a minor victim and it appearing to the Court that said plea agreement should be sealed to protect the identity of said minor victim,

IT IS ORDERED that said plea agreement as well as motion to seal and this order be sealed until further order of this court.

SO ORDERED this ___ day of February, 2022.

_____
MARC T. TREADWELL
CHIEF UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA